# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2158
_____

WARREN THOMAS BERG,

Appellant,

v.

CARILLON BEACH INVESTMENTS,
LLC, d/b/a Carillon Beach
Resort Inn, and CARILLON
BEACH INN CONDOMINIUM
ASSOCIATION, INC.,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
William Scott Henry, Judge.


May 11, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jerry Lewis Rumph, Jr., of Brooks Law, Tallahassee, for Appellant.

Thomas Anthony Valdez and Megan Gisclar Colter of Quintairos, Prieto, Wood & Boyer, Tampa; J. Andrew Talbert, and Brian M. Norback of Quintairos, Prieto, Wood & Boyer, Pensacola, for Appellee Carillon Beach Investments, LLC.

Robyn M. Severs of Becker & Poliakoff, P.A., Orlando; John Kevin Miller of Becker & Poliakoff, P.A., Fort Myers, for Appellee Carillon Beach Inn Condominium Association, Inc.